1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10  LEON SAPP,

11              Plaintiff,                    No. 2:98-cv-1293 GEB DAD P

12        vs.

13  COUNTY OF SACRAMENTO, et al.,

14              Defendants.            ORDER

15  _____/

16          This action is one of several actions filed in this court challenging the quality of

17  water at Deuel Vocational Institution (DVI).  By order filed January 12, 1999, this action was

18  stayed and administratively closed pending resolution of related claims raised in Yellen v.

19  Olivarez, No. 2:94-cv-1298 GEB DAD P.

20          On October 18, 2012 summary judgment was entered in favor of all defendants in

21  the Yellen case.  The Clerk of the Court will be directed to serve plaintiff with a copy of the

22  findings and recommendations on defendants' motions for summary judgment in Yellen and a

23  copy of the October 18, 2012 order of the district court thereon.

24          Good cause appearing, IT IS HEREBY ORDERED that:

25          1.  The Clerk of the Court is directed to serve on plaintiff a copy of the August 28,

26  2012 findings and recommendations filed in Yellen v. Olivarez, No. 2:94-cv-1298 GEB DAD P

1  (Docket No. 297) and a copy of the district court's October 18, 2012 order thereon (Docket No.

2  302).

3          2.  Plaintiff is granted fourteen days from the date of this order in which to file

4  either a request for voluntary dismissal of this action with prejudice or a motion to lift the stay.

5  Plaintiff's failure to respond to this order will result in a recommendation that this action be

6  dismissed with prejudice pursuant to Fed. R. Civ. P. 41(b).

7  DATED: October 22, 2012.

8

9  _____

10  DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE

11  DAD:12
    sapp1293.o

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26